dPS 42
(Rev 07/93)



## United States District Court

### Eastern District of Arkansas

United States of America )
)
vs )
)
Dan Ford, Jr. ) Case No. 4:12CR00043-01 BRW

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Dan Ford, Jr., have discussed with Kay L. Aist, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant must undergo medical or psychiatric treatment: participate in mental health counseling if the pretrial services office or supervising officer considers it advisable.

I consent to this modification of my release conditions and agree to abide by this modification.

X _Daniel Ford Jr_  12-4-12    _Kay Aist_  12-4-12
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  12-12-12
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 12-4-12

[ ] The above modification of conditions of release is not ordered.

_____  12-18-12
Signature of Judicial Officer    Date